IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-179-FDW-DCK

| | |
|---|---|
| DONNA VANHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REPUBLIC SERVICES OF NORTH ) | |
| CAROLINA, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant's Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Molly M. Shah, concerning F. Nicholas Chandler on December 14, 2018. Mr. F. Nicholas Chandler seeks to appear as counsel *pro hac vice* for Defendant Republic Services of North Carolina, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Defendant's Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED**. Mr. F. Nicholas Chandler is hereby admitted *pro hac vice* to represent Defendant Republic Services of North Carolina, LLC.

**SO ORDERED**.

Signed: December 14, 2018

David C. Keesler
United States Magistrate Judge