# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-179-FDW-DCK

| | |
|---|---|
| DONNA VANHORN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| REPUBLIC SERVICES OF NORTH CAROLINA, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant's Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Molly M. Shah, concerning Owen T. Hill on December 14, 2018. Mr. Owen T. Hill seeks to appear as counsel *pro hac vice* for Defendant Republic Services of North Carolina, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Defendant's Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **GRANTED.** Mr. Owen T. Hill is hereby admitted *pro hac vice* to represent Defendant Republic Services of North Carolina, LLC.

**SO ORDERED**.

Signed: December 14, 2018

David C. Keesler
United States Magistrate Judge